Order entered November 6, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00498-CR
No. 05-12-01447-CR

DENNIS EDWARD WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause Nos. F08-35087, F08-35085

## ORDER

The Court **REINSTATES** the appeal in cause no. 05-12-00498-CR.

On July 23, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed in cause no. 05-12-00498-CR. We **ADOPT** the findings that: (1) appellant desires to pursue both appeals; (2) appellant is not indigent and is represented by retained counsel; (3) counsel has not abandoned either appeal; (4) counsel's explanation in not filing appellant's brief was the delayed filing of the appeal docketed as cause no. 05-12-01447-CR and the fact that a portion of the reporter's record from the suppression hearing has not been filed; and (5) counsel requested thirty days after the complete record is filed to file appellant's brief.

The reporter's record filed with the Court consists of three volumes: a Master Index; a May 13, 2010 hearing; and a November 5, 2010 hearing. At the conclusion of the November 5, 2010 hearing, the trial judge indicated he was taking the matter under advisement. The trial court's order denying the motion to suppress states that hearings were conducted over three days. The trial court's docket sheet has a notation dated April 8, 2011 that the motion to suppress was reopened. The Court does not have the reporter's record of the April 8, 2011 hearing nor of the April 22, 2012 hearing at which the trial court placed appellant on deferred adjudication community supervision. The trial court's docket sheet lists Karren Jones as the court reporter who recorded the April 8, 2011 hearing and Wynne Pauly as the court reporter who recorded the April 22, 2011 hearing.

We **DIRECT** the Clerk of this Court to show that the three-volume reporter's record filed in cause no. 05-12-00498-CR is also filed in cause no. 05-12-01447-CR.

As to both appeals, we **ORDER** court reporter Karren Jones to file, within **THIRTY DAYS** of the date of this order, the reporter's record of the April 8, 2011 hearing. We **ORDER** court reporter Wynne Pauly to file, within **THIRTY DAYS** of the date of this order, the reporter's record of the April 22, 2011 plea hearing.

We **ORDER** appellant to file his brief in both appeals within **SIXTY DAYS** of the date of this order.

DAVID L. BRIDGES
JUSTICE